RUDOLPH R. LOENING, Appellant, *v.* RED SPRING LAND COMPANY et al., Defendants, and MARGARET P. BUCKNALL, Intervener, Respondent.

Argued May 23, 1951; decided July 11, 1951.

*William F. Bleakley, David C. Bennett, Lewis F. X. Cotignola* and *George Q. Slocum* for appellant.

*James H. Black, Harold E. Herrick* and *Frank Sowers* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.